SM

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

JOANNE, KAMINSKI )
)
_____ )
Plaintiff(s),                      )
                                   )
v.                                 )
"VEEPAK"                           )
5331 DANSHER RD.                   )
COUNTRYSIDE, IL.                   )
                                   )
                                   )
Defendant(s).                      )

1:22-cv-00939
Judge John F. Kness
Magistrate Judge Sheila M. Finnegan
RANDOM

# FILED

FEB 22 2022 AK

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### COMPLAINT OF EMPLOYMENT DISCRIMINATION

1.  This is an action for employment discrimination.

2.  The plaintiff is JOANNE, KAMINSKI _____ of the

county of COOK _____ in the state of IL _____.

3.  The defendant is "VEEPAK" _____, whose

street address is 5331 DANSHER RD. _____,
COUNTRYSIDE
(city)_____(county) COOK (state) IL (ZIP)_____

(Defendant's telephone number)      (____) – _____

4.  The plaintiff sought employment or was employed by the defendant at (street address)

5331 DANSHER, RD. _____(city)_____

(county) COOK (state) IL . (ZIP code)_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month)_____, (day)_____, (year)_____.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐*has* ☐*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

        (i) ☐ the United States Equal Employment Opportunity Commission, on or about

        (month)_____ (day)_____ (year)_____.

        (ii) ☐ the Illinois Department of Human Rights, on or about

        (month)_____ (day)_____ (year)_____.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☐ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c)    Attached is a copy of the

(i)  Complaint of Employment Discrimination,

☐ Yes    ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes    ☐ N0, but a copy will be filed within 14 days.

8.     *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐    the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☐ the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue*, which was received by the plaintiff on

(month)_____ (day)_____ (year)_____ a copy of which

*Notice* is attached to this complaint.

9.     The defendant discriminated against the plaintiff because of the plaintiff's [***check only***

***those that apply***]:

(a) ☑ Age (Age Discrimination Employment Act).

(b) ☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☑ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☑ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

THE PLAINTIFF THINKS THAT ACTS OF RACIAL DISCRIMINATION TOOK PLACE AS EMPLOYMENT TERMINATION DATE (10-04-2021). I, JOANNE KAMINSKY, THE PRO SE PLAINTIFF IN THIS CASE THINKS THAT MINE EMPLOYMENT WAS TERMINATED DUE TO MINE AGE (54 yrs. old), MINE POLISH ORIGIN, AND WHITE RACE SINCE THE "VEEPAK" IS RUN AND OWNED BY AFRICAN-AMERICANS AND PUERTO-RICANS. THE PLAINTIFF THINKS/BELIEVES THAT THE LEGAL BASES/GROUNDS FOR THIS CASE ARE: "CIVIL RIGHTS ACT, TITLE VII OF 1967" AND "AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967".

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ Yes ☒ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): PAY MONETARY DAMAGES TO PLAINTIFF FOR ILLEGAL/WRONGFUL TERMINATION OF EMPLOYMENT.

_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☐ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

*Joanne Shaminsle*
(Plaintiff's signature)

*JOANNE KAMINSKI*
(Plaintiff's name)

*10640 BROOKS LN. APT. C4*
(Plaintiff's street address)

(City) *CHICAGO RIDGE* (State) *IL.* (ZIP) *60415*

(Plaintiff's telephone number) (*708*) – *765 – 9464*

Date: *02-22-2020*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6

02.19.2022.

Joanne Kaminski

10640 Brooks Ln. Apt.C4

Chicago Ridge, Il. 60415

RE: RACIAL DISCRIMINATION

  AGAINST

"VEEPAK"

5331 DANSHER RD.

COUNTRYSIDE, IL.

I, Joanne Kaminski, was given work assignment by "Midway Staffing", located @

8509 South Harlem Ave..,Burbank, IL. 60459 to work @ "Veepak" located @ 5331 Dansher Rd.., Countryside, Il.

I begun to work there on: **09-09-2021 and mine last time of work there(involuntary termination of employment) was on: 10-04-2021. @ around 11:15pm. I did work there third shif 10pm.-6:30am., with an id. #: of: 59148**.

That specific employment location is run and owned by African-Americans and Puerto-Ricans, and other location/s throughout Illinois.

Shampoos, and other buaty products are being manufactured there, then placed on conveyor belts for shipment out to customers. A buaty creams, shampoos are mechanically filled up by machines, and then lids/tops are placed up/screwed up on manually by employees.

First off; the filling bottles, containers, jars for those products are brought over from elsewhere. Placing empty containers, jars, bottles is a whole lot less

...policies/situation, e.g. rotating employees from a less stressful physically demanding job task/s to a more one/s.

I was always told to work @ stressful, painful tasks to the above mentioned body parts that other African-Americans, Puerto-Ricans males and females, and a much younger than me employees were not subjected to.

Conveyor belts were always set up@ highest speeds on work lines where I was told to work on.

I was the only woman of polish origin working there.

It is sickening, gut wrenching, grossly discriminatory business that needs to be investigated thoroughly.

The legal grounds/bases for termination of mine employment there are:

"CIVIL RIGHTS ACT, TITLE VII OF 1964", AND " AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967".

The pro se plaintiff strongly believes in American Judicial System, and that a justice will be carried out.

Respectfully,

Pro Se Plaintiff

Joanne Kaminski

P.S. CONTACT INFO:
ph #: 708- 765- 9464
email: jkam 0211@gmail.com

TRANSLATION FROM THE POLISH LANGUAGE
Doma Centers, Inc, 10144 S. Roberts Rd., Palos Hills, IL 60465, Ph.: 708-974-4441

Emblem of Poland
**REPUBLIC OF POLAND**

VITAL STATISTIC BUREAU in RADZILOW
Province of lomzynskie
No 20/1988                                      Radzilow, dated 1988.07.20

# MARRIAGE CERTIFICATE

**I.    INFORMATION REGARDING PERSONS CONTRACTING MARRIAGE:**

|  | MAN | WOMAN |
|---|---|---|
| 1. Last Name: | PIETRAKA | KAMINSKA |
| 2. Name(s): | Dariusz Krzysztof | Joanna |
| 3. Family Name: | PIETRAKA | KAMINSKA |
| 4. Marital Status: | single | single |
| 5. Date of Birth: | September 08, 1962 | February 11, 1967 |
| 6. Place of Birth: | Gluszyce | Radzilow |
| 7. Place of Residence: | 31 Demin Pl., Wethersfield.Conn- USA | Okrasin |

**II.    INFORMATION REGARDING DATE AND PLACE OF MARRIAGE:**

1.  Date: twentieth day of July nineteen hundred eighty eight --------------------- (20.07.1988) --------------------
2.  Place: RADZILOW ------------------------------------------------------

**III.    INFORMATION REGARDING PARENTS:**

**A.  FATHER**

| | | |
|---|---|---|
| 1. Last Name: | PIETRAKA | KAMINSKI |
| 2. Name(s): | Jozef | Henryk |
| 3. Family Name: | PIETRAKA | KAMINSKI |

**B.  MOTHER**

| | | |
|---|---|---|
| 1. Last Name: | PIETRAKA | KAMINSKA |
| 2. Name(s): | Maria | Marianna |
| 3. Family Name: | ZALEWSKA | RUTKOWSKA |

**IV.    NAME USED AFTER MARRIAGE :**

| | |
|---|---|
| 1. MAN : | PIETRAKA |
| 2. WOMAN: | PIETRAKA |
| 3. CHILDREN: | PIETRAKA |

V.    **INFORMATION REGARDING WITNESSES:**

    1. Last Name:    WISNIEWSKI -------------- PIETKUN----------------------------

    2. Name:          Kazimierz -------------------- Jadwiga---------------------------------

VI. NOTES:    NONE ---------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------

Signatures of people taking vowels and witnesses:

/-/ Dariusz Krzysztof Pietraka              /-/Jadwiga Pietkun
/-/ Joanna Kaminska                     /-/ Wisniewski Kazimierz

I attest that people mentioned in the part I field today in front of me, agreement to enter the marriage.

                                            Manager of Vital Statistic Bureau
                               /-/Krystyna Czaplicka, signature illegible

ADDITIONAL NOTES:  ---------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------

The consistence of the above Statement with the contents of Marriage Certificate is hereby confirmed.

Place for treasury stamp: four treasury stamps; three 30zl each and one 100zl, ----------------------

............................................ Radzilow, ........ dated 1989.12.05 ............................................

One   round Seal  of Vital Statistic Bureau in Radzilow  with National Emblem.

                                            Manager of Vital Statistic Bureau
                           Krystyna Czaplicka    /-/  signature illegible

**CERTIFICATION OF TRANSLATION**

I, Bozena Koszarek, depose and state that I am fluent in English and Polish, that I am competent to translate between those two languages, and that the attached translation, the original of which is in the Polish language, is a complete, true and correct translation to the best of my knowledge and ability.

_____ on _DECEMBER 28 2020_

                                      Doma Centers Inc
                                      10144 S Roberts Rd. Palos Hills IL 60465
                                        Ph. 708-974-4441

Signed and sworn before me this 28ᵗʰ day of  December, 2020

_____
        Notary Public

MARTA GADZIALA
OFFICIAL SEAL
Notary Public, State of Illinois

**NOTARIZED TRANSLATION**
**EMBLEM OF POLAND, THE REPUBLIC OF POLAND**

OFFICE OF CIVIL AFFAIRS IN **Radzilow**
DISTRICT **lomzynskie**
NR **25**     **Radzilow,**     DATED **February 18, 1967**

## COMPLETE COPY OF BIRTH CERTIFICATE

I. Information concerning child:

1. LAST NAME:       **KAMINSKA**
2. FIRST NAME:      **JOANNA**
3. SEX:             **FEMALE**
4. DATE OF BIRTH:   **FEBRUARY 11, 1967**
5. PLACE OF BIRTH:  **RADZILOW**

II. Information concerning parents:

|  | *FATHER* | *MOTHER* |
|---|---|---|
| 1. Last name | Kaminski | Kaminska |
| 2. First name | Henryk | Marianna |
| 3. Maiden name | —————— | Rutkowska |
| 4. Date of birth | August 23, 1941 | September 27, 1945 |
| 5. Place of birth | Swiecienin | Okrasin |
| 6. Address when child was born | Okrasin | Okrasin |

III. Information regarding person (institution) reporting birth:

1.First and last name: KAMINSKI HENRYK
2.Residentional address: OKRASIN

IV. Remarks: **In part II – Father – "Swiecie" was changed to "Okrasin"**

Additional Notes:  married to a citizen Pietraka Dariusz Krzysztof on 20. 07. 1988 in Vital Statistic Bureau in Radzilow file no 20/1988

One  round Seal of Vital Statistic Bureau in  Radzilow with   National Emblem  --------------------

Place for treasury stamp: --------------------------------------------------------------------------------------------

The consistence of the above Statement with the contents of Birth Certificate is hereby confirmed.

................................Radzilow, ................. dated,  1997.08.07 ...........................

Manager of Vital Statistic Bureau
mgr  Grazyna Wielkiewicz , / - / signature illegible

CERTIFICATION OF TRANSLATION

I, Bozena Koszarek,  depose and state that I am fluent in English and Polish, that I am competent to translate between those two languages, and that the attached translation, the original of which is in the Polish language, is a complete,  true,  and correct translation to the best of my knowledge and ability.

_____   on  _____  DECEMBER 28 2020

Doma Centers Inc
10144 S Roberts Rd. Palos Hills IL 60465
Ph. 708-974-4441

Signed and sworn before me this 28th day of December,  2020

_____
Notary Public

MARTA GADZIALA
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
April 10, 2023

**TRANSLATION FROM THE POLISH LANGUAGE**
DOMA Centers, 10144 S. Roberts Rd., Palos Hills, IL 60465, tel. 708 974 4441

Emblem: POLISH EAGLE
Polish People's Republic

VITAL STATISTIC BUREAU in RADZILOW
Province of lomzynskie
No 25                                          Radzilow, dated February 18, 1967

# BIRTH CERTIFICATE

## I. DATA CONCERNING CHILD

1. Last Name:      KAMINSKA -------------------------------------------------------------
2. Name(s):        Joanna -----------------------------------------------------------------
3. Sex:            Female ------------------------------------------------------------------
4. Date of Birth:  eleventh day of February nineteen hundred sixty seven --------------------
---------------------- (11. 02. 1967) --------- year -----------------------------------------
5. Place of Birth: RADZILOW ---------------------------------------------------------------

## DATA CONCERNING PARENTS

|                        | Father                        | Mother                          |
| ---------------------- | ----------------------------- | ------------------------------- |
| 1. Last Name           | KAMINSKI---------------------- | KAMINSKA----------------------- |
| 2. Name(s)             | Henryk ---------------------- | Marianna ---------------------- |
| 3. Family Name         | ----------------------------- | RUTKOWSKA --------------------- |
| 4. Date of Birth       | August 23, 1941 -------------- | September 27, 1945 ------------- |
| 5. Place of Birth      | Swiecienin ------------------- | Okrasin ------------------------ |
| 6. Place of Residence  | Okrasin ---------------------- | Okrasin ------------------------ |

## III. DATA CONCERNING PERSON (INSTITUTION) REPORTING BIRTH

1. First and Last Name (Name of the Institution): Kaminski Henryk --------------------------
2. Place of Residence: Okrasin ------------------------------------------------------------

IV. NOTES: In part II, item 7- Father deleted" Swiecienin" and entered " Okrasin"-----------------
---------------------------------------------------------------------------------------------

Signature of the person reporting Birth
/-/ Kaminski H.

Manager of Vital Statistic Bureau
/-/ J. Rejno

**CERTIFICATION OF DISSOLUTION
OF MARRIAGE/ CERTIFICATE OF
CHANGE OF NAME** JD-CL-34 REV. 5-94



### STATE OF CONNECTICUT
### SUPERIOR COURT

**JUDICIAL DISTRICT OF TOLLAND AT ROCKVILLE  DOCKET NO. FA00 0073275 S**

| | |
|---|---|
| **NAME OF CASE** (Plaintiff v. Defendant)<br>**PIETRAKA, JOANNE V. PIETRAKA, DARIUSZ** | **DATE OF JUDGMENT**<br>**January 22, 2001** |

#### SECTION 1 – CERTIFICATION OF DISSOLUTION OF MARRIAGE

This is to certify that Judge Klaczak of the Superior Court, on the Date of Judgment shown above, dissolved the marriage of Joanne Pietraka and Dariusz Pietraka and decreed and declared said persons to be single and unmarried.

#### SECTION II – CERTIFICATE OF CHANGE OF NAME

(Provide change of name information only where the party concerned requests that any change of name granted as part of the dissolution be shown on this document.)

As part of the dissolution of marriage, the name of the  Plaintiff  was changed
From Pietraka to Kaminski.

#### SECTION III – CERTIFICATION

Certification of Section I only

IN WITNESS WHEREOF I have hereunto set my hand and affixed the seal of said court
on: (Date)

_____
SIGNED (Adm. Assistant )

X   Certification of Sections I and II

IN WITNESS WHEREOF I have hereunto set my hand and affixed the seal of said court
on: (Date)  1/22/01

_____
SIGNED (Court Clerk II)

Case: 1:22-cv-00939 Document #: 1 Filed: 02/22/22 Page 15 of 15 PageID #:15



## THE UNITED STATES OF AMERICA

No. 23514725

CERTIFICATE OF    NATURALIZATION



Personal description of holder
as of date of naturalization:

Date of birth: FEBRUARY 11, 1967

Sex: FEMALE

Height: 5 feet 02 inches

Marital status: MARRIED

Country of former nationality:
     POLAND

INS Registration No.    A42 872 238

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

*Joanne Pietraka*
(Complete and true signature of holder)

Be it known that, pursuant to an application filed with the Attorney General

at: HARTFORD, CT

The Attorney General having found that:

     JOANNE PIETRAKA

then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the

U.S. DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

at: HARTFORD, CT      on: JUL 11 1997

that such person is admitted as a citizen of the United States of America.

*Doris Meissner*
Commissioner of Immigration and Naturalization

IT IS PUNISHABLE BY U. S. LAW TO COPY,
PRINT OR PHOTOGRAPH THIS CERTIFICATE,
WITHOUT LAWFUL AUTHORITY.

### DEPARTMENT OF JUSTICE

FORM N-550 REV. 6-91